**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------
JONAS CAUFIELD,

                          Plaintiff,

            vs.                                       No. 1:10-CV-873
                                                         (NAM/DRH)

CCB CREDIT SERVICES, INC.,

                          Defendant.
--------------------------------------------------------------------

**APPEARANCES**                             **OF COUNSEL**

Lemberg & Associates LLC             Sergei Lemberg, Esq.
1100 Summer Street                    Stephen F. Taylor, Esq.
Floor 3
Stamford, CT 06905
*Attorneys for Plaintiff*

Hiscock, Barclay Law Firm             David B. Cabaniss, Esq.
50 Beaver Street
Fifth Floor
Albany, NY 12207-2830
*Attorney for Defendant*

**Norman A. Mordue, Chief U.S. District Court Judge**

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

       The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

       **ORDERED** that:

           1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: November 5, 2010
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge